Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRC.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRC.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRC.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
702.949.8200 (tel.)
702.949.8398 (fax)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GBM – SEASON 2, LLC, a Nevada limited liability company; BATTLE OF THE STRANDS INC., a Nevada corporation; BEAUTY FITNESS AND FASHION TV, INC. a Nevada corporation; and MINA LU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TOTALLY PACKAGED, LLC, a limited liability company; MUSIC 4 MY SOUL LLC, a limited liability company; VEDA L. SMITH, an individual,<br><br>Defendants. | Case No.: 2:16-cv-00570-RFB-CWH<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR SERVICE**<br><br>**(Second Request)** |

Pursuant to Federal Rules of Civil Procedure 4(m) and 6(b) and District of Nevada Local Rule 6-1, Plaintiff GBM – SEASON 2, LLC; BATTLE OF THE STRANDS INC.; BEAUTY FITNESS AND FASHION TV, INC.; and MINA LU (herein collectively "Plaintiffs") hereby move the Court for a 62-day extension of time, from September 20, 2016 to November 21, 2016 (a 60-day extension would fall on a Saturday), to perform service of the summons and complaint upon Defendants.

1

**LEGAL STANDARDS**

**A.     Fed. R. Civ. P. 4(m)**

Rule 4 of the Federal Rules of Civil Procedure governs service of process in a civil action. *See generally*, Fed. R. Civ. P. 4. Subpart (m) of the rule sets forth the time period during which service must occur. *Id*. It states, in relevant part, the following:

> Time Limit for Service.  If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

**B.     Fed. R. Civ. P. 6**

Federal Rules of Civil Procedure 6(b)(1) governs requests for the extension of time. The rule states, in pertinent part, as follows:

> (1) In General.  When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) . . . if a request if made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

**C.     D. Nev. LR IA 6-1**

District of Nevada Local Rule IA 6-1 also governs requests for the extension of time. The rule states, in pertinent part, as follows:

> (a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.")  A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc., requested extension, i.e.:

/ / /

2

STIPULATION TO EXTEND TIME TO FILE MOTIONS
(First Request)

> (b) The court may set aside any extension obtained in contravention of this rule.
> (c) A stipulation or motion seeking to extend the time to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion, must state in its opening paragraph the filing date of the subject motion or the date of the subject hearing
> (d) Motions to shorten time will be granted only upon an attorney or party's declaration describing the circumstances claimed to constitute good cause to justify shortening of time. The moving party must advise the courtroom administrator for the assigned judge that a motion for an order shortening time was filed.

LR IA 6-1.

## ARGUMENT

Requests for extension of time made before the applicable deadline has passed "normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright *et al.*, *Federal Practice and Procedure* § 1165 (4th ed. 2015). If the plaintiff's motion is reasonable and made in good faith, and there is no prejudice to the defendant; such requests should be granted as a matter of course. *See, e.g.*, *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260 (9th Cir. 2010) (district court abused its discretion in denying a timely extension that was "reasonable, justified, and would not result in prejudice to any party.").

Here, by and through a previous order, the deadline for service is September 20 (Docket Number 8) but there is good cause for a second extension of time. Since the last extension, the parties are continuing to engage in settlement discussions and exchange of documents towards resolution, and therefore more time is needed. (Youssefyeh Decl. ¶ 2.)

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order extending the time for Plaintiffs to perform service of summons and complaint upon

///

///

///

3

2010905897_1

1  Defendants from September 20, 2016 to November 21, 2016.

2       DATED: September 20, 2016.

3                                        LEWIS ROCA ROTHGERBER CHRISTIE LLP

4

5                                        By:  /s/ Meng Zhong
                                         Michael J. McCue
                                         Jonathan W. Fountain
6                                        Meng Zhong
                                         3993 Howard Hughes Parkway, Suite 600
7                                        Las Vegas, NV 89169-5996

8                                        *Attorneys for Plaintiffs*

9

10                                **ORDER**

11                          **IT IS SO ORDERED:**

12

13

14                          _____
                            UNITED STATES DISTRICT JUDGE
15                          DATE: September 21, 2016

4

2010905897_1