**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GBM - Season 2, LLC et al,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Totally Packaged, LLC et al,<br><br>　　　　　　　　Defendant's. | Case No. 2:16-cv-00570-RFB-CWH<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　　Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant's Totally Packaged, LLC., Music 4 My Soul LLC., and Veda L. Smith according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

　　　**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant's Totally Packaged, LLC., Music 4 My Soul LLC., and Veda L. Smith.

　　　DATED this 29th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**